UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22472-JEM (Martinez/Becerra)

LARKIN EMERGENCY PHYSICIANS, LLC, a Florida Corporation (o/b/o Member # W236761281),

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Foreign Corporation,

      Defendant.
_____/

## REMOVAL STATUS REPORT

Defendant Aetna Life Insurance Company ("ALIC"), hereby files its Removal Status Report pursuant to the Court's Notice Of Court Practice In Removal Cases (D.E. No. 5) and states:

1. **Statement of the Nature of the Claim.** Plaintiff Larkin Emergency Physicians, LLC ("Plaintiff") alleges that claims it submitted to ALIC were improperly denied or underpaid. ALIC denies that its administration of the ERISA governed health plan's benefits was improper. The total sought in this dispute is $1,422.44. There are three other ERISA-Preempted matters that were filed separately, which are the focus of ALIC's pending motion to consolidate. That motion was filed contemporaneously with this Removal Status Report. The total damages sought in all four ERISA-Preempted matters is $13,657.00.

2. **Grounds for Removal.** This matter was removed based on federal question jurisdiction. The health plan at issue in this dispute is governed by ERISA. Plaintiff is challenging ALIC's administration of the ERISA-plan benefits. Accordingly, ALIC removed the matter to this

Court. *See* Notice of Removal [D.E. 1]. These are the same grounds for removing all four ERISA-Preempted matters that are the subject of ALIC's pending motion to consolidate.

3. **Pending Motions.** The only pending motion is ALIC's motion to consolidate the other four ERISA-Preempted claims into this matter. *See* D.E. 6; *see also* Notice of Related Matters filed in the other three ERISA-Preempted matters, which are attached to this Removal Status Report as **Composite Exhibit A**. The motion to consolidate and notice of related matters also contain unopposed motions for enlargements of time for ALIC to respond to the pending complaint while consolidation is being decided.

4. **Joinder in Notice of Removal.** ALIC is the only Defendant in this matter and, therefore, all Defendants have joined in the Notice of Removal.

5. **Timely Removal of Case.** ALIC removed this matter on July 9, 2021. It was only served with process by the Chief Financial Officer on July 2, 2021, one week before removal. The Chief Financial Officer was served on June 10, 2021, which is 29 days before this matter was removed. ALIC therefore removed this matter within 30 days of being served with a copy of the initial pleading in this matter.

Dated:  July 23, 2021  
       West Palm Beach, FL

Respectfully submitted,

*s/ David J. DePiano*  
DAVID J. DePIANO, ESQ.  
Florida Bar No. 55699  
E-Mail:  ddepiano@foxrothschild.com  
CAMERON A. BAKER, ESQ.  
Florida Bar No. 125825  
E-Mail:  cbaker@foxrothschild.com  
Fox Rothschild LLP  
777 S. Flagler Dr., Suite 1700  
West Palm Beach, Florida 33401  
Telephone:    (561) 835-9600  
Facsimile:    (561) 835-9602

*Attorneys for Defendant Aetna Life Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2021, the foregoing document is being electronically filed with the Clerk of Court using CM/ECF and is being served on all counsel of record identified in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David J. DePiano*  
DAVID J. DePIANO, ESQ.

## SERVICE LIST

*Larkin Emergency Physicians, LLC (o/b/o Member W#236761281)*
*v. Aetna Life Insurance Company*
Case No.: 1:21-cv-22472-JEM (Martinez/Becerra)
United States District Court, Southern District of Florida

| | |
|---|---|
| Patrick R. Sullivan, Esq.<br>E-Mail: prs@lubellrosen.com<br>Mark L. Rosen, Esq.<br>E-Mail: mlr@lubellrosen.com<br>Sean B. Linder, Esq.<br>E-Mail: sbl@lubellrosen.com<br>Lubell \| Rosen<br>Museum Plaza, Suite 900<br>200 S. Andrews Ave.<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 880-9500<br>Fax: (954) 755-2993<br>Attorneys for Plaintiff<br>*Via CM-ECF* | David J. DePiano, Esq.<br>E-Mail: ddepiano@foxrothschild.com<br>Cameron A. Baker, Esq.<br>E-Mail: cbaker@foxrothschild.com<br>Fox Rothschild LLP<br>777 S. Flagler Dr., Suite 1700<br>West Palm Beach, FL 33401<br>Tel: (561) 835-9600<br>Fax: (561) 835-9602<br>Attorneys for Defendant<br>*Via CM-ECF* |