UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22472-JEM (Martinez/Becerra)

LARKIN EMERGENCY PHYSICIANS, LLC, a Florida Corporation (o/b/o Member # W236761281),

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Foreign Corporation,

    Defendant.
_____/

**DEFENDANT AETNA LIFE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order Setting Civil Trial Date And Pretrial Schedule, Requiring Mediation, And Referring Certain Motions To Magistrate Judge [ECF No. 4]:

    1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a)    Larkin Emergency Physicians, LLC, (o/b/o Member # W236761281) Plaintiff;

    (b)    Patrick R. Sullivan, Esq., Plaintiff's counsel;

    (c)    Mark L. Rosen, Esq., Plaintiff's counsel;

    (d)    Sean B. Linder, Esq., Plaintiff's counsel;

    (e)    Lubell | Rosen, Plaintiff's counsel;

    (f)    Aetna Life Insurance Company, Defendant;

  (g)  Aetna Inc., Defendant's parent company;

  (h)  CVS Pharmacy, Inc., Defendant's parent company;

  (i)  CVS Health Corporation, Defendant's parent company;

  (j)  David J. DePiano, Esq., Defendant's counsel;

  (k)  Cameron A. Baker, Esq., Defendant's counsel; and

  (l)  Fox Rothschild LLP, Defendant's counsel.

  2.)  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None.

  3.)  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the largest 20 unsecured creditors) in bankruptcy cases:

  None.

  4.)  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:[1]

  Plaintiff Larkin Emergency Physicians, LLC (o/b/o Member # W236761281).

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

---

  1.  Defendant denies that Plaintiff has been wronged as alleged.

Dated:  July 27, 2021
        West Palm Beach, FL

Respectfully submitted,

*s/ David J. DePiano*
DAVID J. DePIANO, ESQ.
Florida Bar No. 55699
E-Mail:  ddepiano@foxrothschild.com
CAMERON A. BAKER, ESQ.
Florida Bar No. 125825
E-Mail:  cbaker@foxrothschild.com
Fox Rothschild LLP
777 S. Flagler Dr., Suite 1700
West Palm Beach, Florida 33401
Telephone:     (561) 835-9600
Facsimile:     (561) 835-9602

*Attorneys for Defendant Aetna Life Insurance Company*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27th, 2021, the foregoing document is being electronically filed with the Clerk of Court using CM/ECF and is being served on all counsel of record identified in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David J. DePiano*
DAVID J. DePIANO, ESQ.

**SERVICE LIST**

*Larkin Emergency Physicians, LLC (o/b/o Member W#236761281)*
*v. Aetna Life Insurance Company*
Case No.: 1:21-cv-22472-JEM (Martinez/Becerra)
United States District Court, Southern District of Florida

Patrick R. Sullivan, Esq.
E-Mail:  prs@lubellrosen.com
Mark L. Rosen, Esq.
E-Mail:  mlr@lubellrosen.com
Sean B. Linder, Esq.
E-Mail:  sbl@lubellrosen.com
Lubell | Rosen
Museum Plaza, Suite 900
200 S. Andrews Ave.
Ft. Lauderdale, FL  33301
Tel:   (954) 880-9500
Fax:  (954) 755-2993
Attorneys for Plaintiff
*Via CM-ECF*

David J. DePiano, Esq.
E-Mail: ddepiano@foxrothschild.com
Cameron A. Baker, Esq.
E-Mail: cbaker@foxrothschild.com
Fox Rothschild LLP
777 S. Flagler Dr., Suite 1700
West Palm Beach, FL 33401
Tel:   (561) 835-9600
Fax:   (561) 835-9602
Attorneys for Defendant
*Via CM-ECF*